John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
KRUSE TECHNOLOGY PARTNERSHIP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>DMAX, LTD.<br><br>Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV09-458 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**KRUSE TECHNOLOGY PARTNERSHIP'S NOTICE OF MOTION TO CONSOLIDATE RELATED ACTIONS**<br><br>Date:       Dec. 14, 2009<br>Time:       3:00 p.m.<br>Location:  Ctrm 10C |

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>        Plaintiff,<br><br>    v.<br><br>ISUZU MOTORS LIMITED, ISUZU NORTH AMERICA CORPORATION, and ISUZU COMMERCIAL TRUCK OF AMERICA, INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV 09-3710 JVS (RNBx) |
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>        Plaintiff/Counterdefendant,<br><br>    v.<br><br>GENERAL MOTORS COMPANY,<br><br>        Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV09-4970 JVS (MLGx) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Pursuant to Local Rule 6-1, Plaintiff/Counterdefendant Kruse Technology Partnership ("Kruse") hereby moves the Court for an order consolidating the related actions *Kruse Technology Partnership v. DMAX, Ltd*, (SACV 09-458 JVS), *Kruse Technology Partnership v. Isuzu Motors Limited, et al.* (SACV 09-3710 JVS) and *Kruse Technology Partnership v. General Motors Company* (SACV 09-4970 JVS). This motion is made following the parties' good faith efforts to resolve this dispute without Court action. The pre-filing conference of counsel Pursuant to Local Rule 7-3 was held on November 10, 2009.

This motion is made pursuant to the Memorandum of Points and Authorities and Declaration of Marko R. Zoretic filed concurrently herewith. The motion will be heard Monday, December 14, 2009, at 3:00 p.m. in Courtroom 10C, 411 West Fourth Street, Santa Ana, California, or at such other time as the Court directs.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 20, 2009   By: */s/ David G. Jankowski*
John B. Sganga, Jr.
Karen Vogel Weil
Jon W. Gurka
David G. Jankowski
Marko R. Zoretic

Attorneys for Plaintiff/Counterdefendant
KRUSE TECHNOLOGY PARTNERSHIP

8101555

- 1 -